UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IVORY FRANKLIN | CIVIL ACTION |
| VERSUS | NO. 16-10919 |
| DARRYL VANNOY | SECTION "R" (4) |

# ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the petitioner's objections.[3] The Magistrate Judge correctly determined that the petition is time-barred under the Antiterrorism and Effective Death Penalty Act.[4] Petitioner's objections simply rehash arguments made before the Magistrate Judge and are without merit. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order,

---

[1] R. Doc. 3.
[2] R. Doc. 16.
[3] R. Doc. 19.
[4] R. Doc. 16.

the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

Because petitioner's claims are time-barred, he has not made a substantial showing of the denial of a constitutional right. Accordingly, IT IS ORDERED that the petition for *habeas corpus* is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this __6th__ day of November, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE